JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| COURTNEY KORENKIEWICZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO.: 5:23-cv-1778-SSS-SHKx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>JUDGE:　**Sunshine S. Sykes**<br>　　　　　U.S. District Judge |

　　　Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

　　　IT IS SO ORDERED.

DATED: September 16, 2024

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE